# EXHIBIT A



| Block/Lot/Qual: | 2003. 8. | Tax Account Id: | |
|---|---|---|---|
| Property Location: | | Property Class: | 2 - Residential |
| Owner Name/Address: | KEARNS, TIMOTHY C & MICHELLE | Land Value: | 59,900 |
| | | Improvement Value: | 190,600 |
| | MEDFORD, NJ 08055 | Exempt Value: | 0 |
| | | Total Assessed Value: | 250,500 |
| | | Additional Lots: | None |
| Special Taxing Districts: | | Deductions: | |

**Taxes**  **Utilities**

| Make a Payment | View Tax Rates | View Current Bill | Project Interest |

| Year | Due Date | Type | Billed | Balance | Interest | Total Due | Status |
|---|---|---|---|---|---|---|---|
| 2024 | 02/01/2024 | Tax | ▮ | ▮ | 0.00 | ▮ | OPEN |
| 2024 | 05/01/2024 | Tax | ▮ | ▮ | 0.00 | ▮ | OPEN |
| | Total 2024 | | ▮ | ▮ | 0.00 | ▮ | |
| 2023 | 02/01/2023 | Tax | ▮ | ▮ | 0.00 | ▮ | PAID |
| 2023 | 05/01/2023 | Tax | ▮ | ▮ | 0.00 | ▮ | PAID |
| 2023 | 08/01/2023 | Tax | ▮ | ▮ | 0.00 | ▮ | PAID |
| 2023 | 11/01/2023 | Tax | ▮ | ▮ | 0.00 | ▮ | PAID |
| | Total 2023 | | ▮ | ▮ | 0.00 | ▮ | |
| 2022 | 02/01/2022 | Tax | ▮ | ▮ | 0.00 | ▮ | PAID |
| 2022 | 05/01/2022 | Tax | ▮ | ▮ | 0.00 | ▮ | PAID |
| 2022 | 08/01/2022 | Tax | ▮ | ▮ | 0.00 | ▮ | PAID |
| 2022 | 11/01/2022 | Tax | ▮ | ▮ | 0.00 | ▮ | PAID |
| | Total 2022 | | ▮ | ▮ | 0.00 | ▮ | |

Last Payment: 11/09/23

Return to Home