# EXHIBIT B

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 2003 | 8 | |

Property  
Building    2SF02UG  
Additional  
Land Dimens. .3400  
Bank          Mortgage        Tax Acct

### ASSESSED VALUATION INFORMATION

LAND:     IMPROVEMENTS:     TOTAL:  
EXEMPTIONS:     NET TAXABLE VALUE:

KEARNS, TIMOTHY C & MICHELLE  
MEDFORD, NJ 08055

### EXPLANATION OF TAXES

| DESCRIPTION | RATE PER $100 | AMOUNT OF TAX |
|---|---|---|
| COUNTY TAX | 0.403 | |
| COUNTY LIBRARY TAX | 0.038 | |
| COUNTY OPEN SPACE TAX | 0.033 | |
| DISTRICT SCHOOL TAX | 1.624 | |
| REGIONAL SCHOOL TAX | 0.780 | |
| LOCAL MUNICIPAL TAX | 0.416 | |
| MUNICIPAL OPEN SPACE TX | 0.024 | |

2023 TOTAL TAX     3.318

2023 NET TAX  
LESS 2023 PREV. BILLED  
BALANCE OF 2023 TAX

| 2023 3RD QTR DUE AUG 1, 2023 | 2023 4TH QTR DUE NOV 1, 2023 | 2024 1ST QTR DUE FEB 1, 2024 | 2024 2ND QTR DUE MAY 1, 2024 |
|---|---|---|---|
| | | | |

### INFORMATION FOR TAX PAYERS

MAKE CHECK PAYABLE TO:    TOWNSHIP OF MEDFORD

MAIL TO:    49 UNION STREET  
            MEDFORD, NJ 08055  
            (609)-654-2608 X 303, 307, 308

PURSUANT TO N.J.S.A. 54:4-63.37 ET SEQ THE PAYMENT OF TAXES UNDER THIS ACT ARE DUE NOVEMBER 1, 2023.  
*THIS BILL IS IN ADDITION TO THE BILL THAT WAS SENT IN AUGUST, 2023*

PAYMENTS CAN ALSO BE MADE VIA OUR WEBSITE: WWW.MEDFORDTOWNSHIP.COM - ON THE LEFT SIDE OF THE HOMEPAGE UNDER "FOR RESIDENTS".

### 2024 PRELIMINARY TAX

PRELIMINARY TAX IS EQUAL TO ONE HALF OF 2023 TOTAL NET TAX

#### DISTRIBUTION OF TAXES BEFORE REAP

| | | |
|---|---|---|
| County Taxes | 14.29% | $ |
| School Taxes | 72.45% | $ |
| Municipal Taxes | 13.26% | $ |

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES: The budgets of government agencies funded by this tax bill include State aid used to reduce property taxes. State aid offset information for the current year municipal tax bills will start becoming available at the end of July. Access the Division of Local Government Service' website at http://www.nj.gov/dca/divisions/dlgs/resources/property_tax.html to find (based on assessed value of this parcel) the amount of State aid used to offset property taxes on this parcel.

---

**TOWNSHIP OF MEDFORD**     **2024-2**  
**BURLINGTON COUNTY**  
TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK  
2024 2ND QUARTER TAX DUE MAY 1, 2024

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 2003 | 8 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| | | DUE MAY 1, 2024 |

KEARNS, TIMOTHY C & MICHELLE

INTEREST  
CASH  
CHECK  
TOTAL

**TOWNSHIP OF MEDFORD**     **2024-1**  
**BURLINGTON COUNTY**  
TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK  
2024 1ST QUARTER TAX DUE FEBRUARY 1, 2024

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 2003 | 8 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| | | DUE FEBRUARY 1, 2024 |

KEARNS, TIMOTHY C & MICHELLE

INTEREST  
CASH  
CHECK  
TOTAL

---

**TOWNSHIP OF MEDFORD**     **2023-4**  
**BURLINGTON COUNTY**  
TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK  
2023 4TH QUARTER TAX DUE NOVEMBER 1, 2023

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 2003 | 8 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| | | DUE NOVEMBER 1, 2023 |

CREDIT:  
AMT DUE:

KEARNS, TIMOTHY C & MICHELLE

INTEREST  
CASH  
CHECK  
TOTAL

**TOWNSHIP OF MEDFORD**     **2023-3**  
**BURLINGTON COUNTY**  
TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK  
2023 3RD QUARTER TAX DUE AUGUST 1, 2023

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 2003 | 8 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| | | DUE AUGUST 1, 2023 |

CREDIT:  
AMT DUE:

KEARNS, TIMOTHY C & MICHELLE

INTEREST  
CASH  
CHECK  
TOTAL