# EXHIBIT C



|  |  |
|---:|:---|
| Utility Account: | 30350-0 |
| Block/Lot/Qual: | 2003. 8. |
| Property Location: | ██████████ |
| Service Location: |  |
| Owner Name/Address: | KEARNS, TIMOTHY C & MICHELLE |
|  | ██████████ |
|  | MEDFORD, NJ 08055 |

**Water/Sewer**

| Make a Payment | View Current Bill | Last Payment: 11/03/23 |

**Delinquent Charges:**

| Service | Due Date | Billed | Balance | Interest | Total Due | Status | Reading | Read Date | Usage |
|---|---|---|---|---|---|---|---|---|---|
| Water | 01/15/2024 | ██ | ██ | 0.00 | ██ | OPEN | 924800 | 11/20/2023 | ██ |
| Sewer | 01/15/2024 | ██ | ██ | 0.00 | ██ | OPEN |  |  |  |
| Total |  |  |  | 0.00 |  |  |  |  |  |

**Prior Paid Charges:**

| Service | Due Date | Billed | Balance | Interest | Total Due | Status | Reading | Read Date | Usage |
|---|---|---|---|---|---|---|---|---|---|
| Water | 10/15/2023 | ██ | ██ | 0.00 | ██ | PAID | 915950 | 08/22/2023 | ██ |
| Sewer | 10/15/2023 | ██ | ██ | 0.00 | ██ | PAID |  |  |  |
| Water | 07/15/2023 | ██ | ██ | 0.00 | ██ | PAID | 902300 | 05/22/2023 | ██ |
| Sewer | 07/15/2023 | ██ | ██ | 0.00 | ██ | PAID |  |  |  |
| Water | 04/15/2023 | ██ | ██ | 0.00 | ██ | PAID | 894350 | 02/23/2023 | ██ |
| Sewer | 04/15/2023 | ██ | ██ | 0.00 | ██ | PAID |  |  |  |
| Total |  |  |  | 0.00 |  |  |  |  |  |

**Return to Home**

**TOWNSHIP OF MEDFORD**
49 UNION STREET
MEDFORD, NJ 08055
(609)654-2608   Ext: 303

**UTILITY E-BILLS**

| ACCOUNT INFORMATION | |
|---|---|
| ACCOUNT NO: | |
| LOCATION: | |
| BILLING DATE: | 12/08/23 |
| DUE DATE: | 01/15/24 |
| BILLING PERIOD: | 01/01/24 to 03/31/24 |
| BLOCK/LOT/QUAL: | 2003.   8. |

| AMOUNT DUE | | |
|---|---|---|
| LAST PAYMENT: | DATE: 11/03/23 | AMOUNT: |
| PREVIOUS BALANCE: | | |
| CURRENT CHARGES: | | |
| PENALTY: | | |
| TOTAL DUE: | | |

**CURRENT METER ACTIVITY**

| | PREVIOUS READING | | CURRENT READING | | USAGE | DAYS |
|---|---|---|---|---|---|---|
| WATER | 08/22/23 | 915950 | 11/20/23 | 924800 | | |

**SPECIAL MESSAGE**

**CURRENT CHARGES DETAIL**

| DESCRIPTION | UNITS | FLAT | USAGE | TOTAL |
|---|---|---|---|---|
| RES/CIV/MUN 3/4" | 1.00 | 25.00 | | |
| SEWER | 1.00 | 141.48 | | |

Water Usage History



---

**PAYMENT COUPON - PLEASE DETACH AND RETURN THIS PORTION ALONG WITH YOUR PAYMENT**

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| ACCOUNT NO: | | | |
| LOCATION: | | | |
| BILLING DATE: | 12/08/23 | YEAR: 2024 | PERIOD: 1 |
| BLOCK/LOT/QUAL: | 2003.   8. | | |

| AMOUNT DUE | |
|---|---|
| DUE DATE: | 01/15/24 |
| CURRENT DUE: | |
| PENALTY: | |
| TOTAL DUE: | |

**AMOUNT ENCLOSED**

**MAKE CHECKS PAYABLE TO:**

TOWNSHIP OF MEDFORD
TOWNSHIP OF MEDFORD
49 UNION STREET

MEDFORD, NJ 08055

KEARNS, TIMOTHY C & MICHELLE

MEDFORD, NJ 08055