# EXHIBIT D

OFFICIAL SITE OF THE STATE OF NEW JERSEY                                          Translate   Search

**‹ Voter Search | My Voter Information**

# Search Results

If you're having trouble finding your voter record, your current status is Inactive, or you have any questions, please contact your County Commissioner of Registration here.

**TIMOTHY C KEARNS**

**Date of Birth**
▉▉▉▉

**Registration Effective Date**
08/06/1996

**Current Registration Status**
Active

**City**
Medford Township

**County**
Burlington

**Voter ID**
▉▉▉▉▉▉▉