# EXHIBIT E

```
TODAY'S DATE:   1/23/2024    TIME: 13:49:38
           *RECORD EXPANSION FOR: WALLIN,THEODORE,O

                                    CLIENT ID#:
WALLIN,THEODORE,O                   DOB:                    SEX: M
                                    HEIGHT: 6-2    EYE COLOR: HAZEL
SYRACUSE       NY 13224             COUNTY: ONON
                                    MI #:

NAME ON LICENSE/ID:   WALLIN
                      THEODORE,OSCAR
 RESTRICTIONS: CORRECTIVE LENSES



LICENSE CLASS: *D*          STATUS:VALID       EXPIRATION: 04/19/2027

*******************          ACTIVITY          *******************
CLASS CHANGE: 04/18/1994      NEW: *D*          OLD: *5*


****************** CONVICTIONS/BAIL FORFEITURES *****************




                         *** END OF RECORD ***
```