

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

J. P. WRIGHT, ESQ.
jwright@bsk.com
P: 315.218.8565
F: 315.218.8432

April 12, 2024

**VIA ECF**

Hon. Miroslav Lovric
Magistrate Judge
Northern District of New York District Court
Federal Building and New York Courthouse
15 Henry Street
Binghamton, New York 13901

Re:   *Kearns v. Wallin and Syracuse University*
      *Case No.: 5:23-cv-01500*

Dear Magistrate Judge Lovric:

We represent Theordore O. Wallin in the above-referenced action. We write in response to the Court's February 6, 2024 Text Order (Docket No. 27) directing the parties to file a status report regarding the Delaware Court of Chancery matter. We have reviewed the letter reports filed earlier today by counsel for Plaintiff and Syracuse University. We have nothing additional to report regarding the status of the Delaware matter and the more recent New State Supreme Court, New York County, matter referenced in the two letters.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

J.P. Wright