

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**J. P. WRIGHT, ESQ.**
jwright@bsk.com
P: 315.218.8565
F: 315.218.8432

June 14, 2024

**VIA ECF**

Hon. Miroslav Lovric
Magistrate Judge
Northern District of New York District Court
Federal Building and New York Courthouse
15 Henry Street
Binghamton, New York 13901

Re:   *Kearns v. Wallin and Syracuse University*
      *Case No.: 5:23-cv-01500*

Dear Magistrate Judge Lovric:

We represent Theordore O. Wallin in the above-referenced action. We write in response to the Court's April 15, 2024 Text Order (Docket No. 31) directing the parties to file a status report regarding the status of the Delaware Court of Chancery and New York State Supreme Court, New York County matters. We have reviewed the letter report filed earlier today by counsel for Syracuse University. We have nothing additional to report regarding the status of the Delaware and New York matters. We agree with the University's position regarding the stay.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

J.P. Wright