# LaFave, Wein & Frament, PLLC
ATTORNEYS AND COUNSELORS AT LAW

**Main Office:**
1 Wall Street
Albany, NY 12205-3827
ph 518.869.9094
fx 518.869.5142
www.LWFLegal.com

September 24, 2024

VIA ECF

Hon. Miroslav Lovric
Magistrate Judge
Northern District of New York District Court
Federal Buildings and U.S. District Court
15 Henry Street
Binghamton, NY 13901

RE: Kearns v. Wallin and Syracuse University
NDNY Civil No.: 5:23-cv-01500 (DNH-ML)

Dear Judge Lovric,

We represent the Plaintiff in this matter.

A prior Liquidation and Injunction Order of the Delaware Court of Chancery stayed this proceeding as against Syracuse University for a period of 180 days. Said stay expired on May 6th, 2024.

While plaintiff acknowledges that there is a pending Order to Show Cause that seeks the commencement of a New York ancillary receivership proceeding for Arrowood and appointment of Superintendent Harris as ancillary receiver, and a further 180 stay of all actions as against Arrowood's insured, plaintiff notes that there is no present Order further staying these proceedings as against Arrowood's insured. The former Order as noted above expired on May 6th, 2024.

As such, Plaintiff seeks that this matter move forward in this Court as there is no current Order staying these proceedings.

Respectfully,

LaFave, Wein & Frament, PLLC

By: _____
Amina Karic, Esq.
akaric@lwflegal.com